IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 PENSION FUND, STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 401(K) PLAN, PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND,  STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 WELFARE FUND,  STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 JOURNEYMAN APPRENTICE TRAINING FUND,  STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 VACATION FUND,  INTERNATIONAL TRAINING FUND,  STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464,  TRUSTEES OF THE STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 PENSION FUND; APPRENTICE; 401(K); VACATION; AND WELFARE FUND, <br><br>        Plaintiffs, <br><br>  vs. <br><br>BENNETT REFRIGERATION, INC., <br><br>        Defendant. | 8:11 CV239 <br><br><br><br>ORDER |

      This matter is before the court on its own motion.  The Final Pretrial Conference presently scheduled for September 13, 2012, at 10:00 a.m., and the trial scheduled for September 24, 2012, are canceled.  The court finds the issues in this case can be resolved as a matter law.  The court considers the case submitted on the record filed in connection with the parties' cross-motions for summary judgment.  A ruling on those motions will issue in due course.

      DATED this 6th day of September, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge