IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 PENSION FUND, STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 401(K) PLAN, PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND, STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 WELFARE FUND, STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 JOURNEYMAN APPRENTICE TRAINING FUND, STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 VACATION FUND, INTERNATIONAL TRAINING FUND, STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464, TRUSTEES OF THE STEAMFITTERS & PLUMBERS LOCAL UNION NO. 464 PENSION FUND; APPRENTICE; 401(K); VACATION; AND WELFARE FUND, <br><br>      Plaintiffs, <br><br>  vs. <br><br>BENNETT REFRIGERATION, INC., <br><br>      Defendant. | 8:11 CV239 <br><br><br> ORDER |

     This matter is before the court on its own motion. The Final Pretrial Conference presently scheduled for September 13, 2012, at 10:00 a.m., and the trial scheduled for September 24, 2012, are canceled. The court finds the issues in this case can be resolved as a matter law. The court considers the case submitted on the record filed in connection with the parties' cross-motions for summary judgment. A ruling on those motions will issue in due course.

     DATED this 6th day of September, 2012.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  United States District Judge